1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  BRADLEY D. PRICE (ILBN 6294571)
   Special Assistant United States Attorney
5
       150 Almaden Boulevard
6      San Jose, California 95113
       Telephone: (408) 535-5080
7      Facsimile:  (408) 535-5066
       Email: bradley.price@usdoj.gov
8
   Attorneys for the United States of America
9

**FILED**

OCT 1 4 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

10               UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12                      SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,       )   No.   CR 10-00572 MAG
                                    )
15          Plaintiff,               )   STIPULATION AND [PROPOSED]
                                    )   ORDER CONTINUING HEARING TO
16      v.                          )   October 21, 2010 AND EXCLUDING
                                    )   TIME FROM October 14, 2010 TO October
17  MARK D. MESSERSMITH,             )   21, 2010 FROM THE SPEEDY TRIAL
                                    )   ACT CALCULATION
18          Defendant.               )
                                    )
19  _____)

20       The Parties, Mark D. Messersmith and the United States, acting through respective

21  counsel, hereby stipulate, subject to the Court's approval, that the hearing currently set for

22  October 14, 2010 at 2:00pm be vacated, and that the hearing be re-set for October 21, 2010 at

23  1:30pm.  The defense is requesting the continuance of the hearing due to the need for additional

24  time for effective preparation, and the need to jointly negotiate a resolution in this matter.

25       The parties stipulate that the time between October 14, 2010 and October 21, 2010 is

26  excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the

27  requested continuance would unreasonably deny defense counsel reasonable time necessary for

28  effective preparation, taking into account the exercise of due diligence.  Finally, the parties agree

that the ends of justice served by granting the requested continuance outweigh the best interest of the public, and the defendant in a speedy trial and in the prompt disposition of criminal cases. 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED: October 13, 2010

MELINDA HAAG
United States Attorney

_____/s/_____
BRADLEY D. PRICE
Assistant United States Attorney

_____/s/_____
ROBERT CAREY
Attorney for Defendant

## [PROPOSED] ORDER

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the hearing in this matter previously set for October 14, 2010 at 2:00pm is vacated, and the matter is continued to October 21, 2010 at 1:30pm. Further, the Court ORDERS that the time between October 14, 2010 and October 21, 2010 is excluded under the Speedy Trial Act, 18 U.S.C. §3161. The court finds that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. The court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: 10/14/10

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE