MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

BRADLEY D. PRICE (ILBN 6294571)
Special Assistant United States Attorney

   150 Almaden Boulevard
   San Jose, California 95113
   Telephone: (408) 535-5080
   Facsimile: (408) 535-5066
   Email: bradley.price@usdoj.gov

Attorneys for the United States of America

**FILED**

APR - 5 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>MARK D. MESSERSMITH,<br><br>   Defendant. | No.   CR 10-00572 MAG<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER RESCHEDULING PRETRIAL<br>CONFERENCE |

    The Parties, Mark D. Messersmith and the United States, acting through respective counsel, hereby stipulate, subject to the Court's approval, that the pretrial conference currently set for April 8, 2011 at 1:30 p.m. be rescheduled to April 8, 2011 at 9:30 a.m.

DATED: March 31, 2011         MELINDA HAAG
                                       United States Attorney

                                       /s/
                                       BRADLEY D. PRICE
                                       Special Assistant U.S. Attorney

                                       /s/
                                       ROBERT CAREY
                                       Attorney for Defendant

## [~~PROPOSED~~] ORDER

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the pretrial conference previously set for April 8, 2011 at 1:30 p.m. is rescheduled for April 8, 2011 at 9:30 a.m.

IT IS SO ORDERED.

DATED: 4/5/11

HOWARD R. LLOYD
United States Magistrate Judge