1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  BRADLEY D. PRICE (ILBN 6294571)
   Special Assistant United States Attorney
5
   150 Almaden Boulevard
6  San Jose, California 95113
   Telephone: (408) 535-5080
7  Facsimile:  (408) 535-5066
   Email: bradley.price@usdoj.gov
8
   Attorneys for the United States of America
9

**FILED**

APR 1 3 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

10              UNITED STATES DISTRICT COURT
11              NORTHERN DISTRICT OF CALIFORNIA
12                    SAN JOSE DIVISION
13

14  UNITED STATES OF AMERICA,           )
                                        )
15       Plaintiff,                     )   No.   CR 10-00572 MAG
                                        )
16  v.                                  )   [PROPOSED] ORDER DISMISSING
                                        )   INFORMATION
17  MARK D. MESSERSMITH,                )
                                        )
18       Defendant.                     )
                                        )
19  _____)

20       In light of the government's motion, and for the reasons stated therein, the captioned
21  Information is hereby ordered dismissed without prejudice.
22

23  IT IS SO ORDERED
24
25  DATED:  4/18/11
26
27                                          HOWARD R. LLOYD
                                            United States Magistrate Judge
28

1